**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Amber Smith
Plaintiff,
v.
Walmart Inc.
Defendant.

Case No.: 1:26−cv−07861
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/18/2026. Because defendant does not oppose, plaintiff and movants' motion to reassign and consolidate cases [9], [14] are granted. As to the appointment of interim class counsel, the matter is taken under advisement. All pending deadlines are stayed until the Court rules on the motions. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.